EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2025 TSPR 49 |
| Mirna Luz Arroyo Miranda | 215 DPR ___ |

Número del Caso:  TS-13,880


Fecha:  5 de mayo de 2025


Representante legal de la peticionaria:

    Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Mirna Luz Arroyo Miranda          TS-13,880

RESOLUCIÓN

En San Juan, Puerto Rico, a 5 de mayo de 2025.

Atendida la *Solicitud de reinstalación al ejercicio de la abogacía* presentada por la Sra. Mirna Luz Arroyo Miranda, así como la Certificación del Programa de Educación Jurídica Continua, se provee ha lugar. Se reinstala al ejercicio de la abogacía a la Sra. Mirna Luz Arroyo Miranda.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo